# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Makisu, Inc., a California Corporation<br><br>　　　　　Defendant. | Case No. 2:22-cv-00108-JAM-JDP<br><br>Order re: Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 28 Days<br><br>Complaint served: 2/14/2022<br>Current response date: 3/7/2022<br>New response date: 4/4/2022 |

　　Upon review of the Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 28 Days, where upon parties wish to stipulate to move Defendant Makisu, Inc's responsive date to the Complaint 28 days from March 7, 2022 to April 4, 2022 for purposes of reducing fees and costs of the Court and parties as defense counsel has just been retained for this case and requires time to become knowledgeable about the case to prepare an initial pleading.

　　IT IS HEREBY ORDERED that the Stipulation to Extend Time to Respond to Initial Complaint by Not More Than 28 Days is hereby GRANTED and Defendant Makisu, Inc's new responsive date to the initial Complaint is April 4, 2022.

DATED: March 1, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE